IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANTHONY O. WILSON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1074-DII |
| ALLEVIATE FINANCIAL, LLC, | § § § | |
| Defendant. | § § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane concerning his recommendation to dismiss the action for want of prosecution. (R. & R., Dkt. 39). Plaintiff received the report and recommendation no later than April 1, 2024. (Dkt. 46). To date, no party has filed objections to the report and recommendation. However, Plaintiff Anthony O. Wilson ("Plaintiff") noted his objection to the dismissal of this action with prejudice in his Response to Defendant's Motion to Strike. (Dkts. 42, 44, at 2). Accordingly, the Court will construe this document, (Dkt. 44), as Plaintiff's objections to the report and recommendation.

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Mark Lane, (Dkt. 39), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's cause of action is **DISMISSED WITH PREJUDICE**.

The Court will enter final judgment by separate order.

**SIGNED** on April 19, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE